UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60892-CIV-SINGHAL

EPOCH INTERNATIONAL
PARTNERS, LLP,

       Plaintiff,
v.

BIGFOOT INC., ET AL.

       Defendants.
_____/

SMARTSILK CORPORATION INC,

Intervenor-Plaintiff,

v.

EPOCH INTERNATIONAL
PARTNERS, LLP, ET AL.,

       Intervenor-Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** has come before the Court on the Motion for Entry of Final Judgment to Enforce Settlement Agreement Against Epoch International Partners, LLP, and James Fultz (DE [151]) (the "Epoch Defendants") filed by Intervenor Smartsilk Corporation Inc. ("Smartsilk"). Smartsilk and the Epoch Defendants entered into a Settlement Agreement on May 1, 2023, but Smartsilk asserts that the Epoch Defendants have failed to comply with the terms of the Settlement Agreement. Smartsilk seeks entry of a final judgment against the Epoch Defendants.

In the Certificate of Counsel, Smartsilk's attorney states that she has notified the Epoch Defendants that Smartsilk would seek entry of final judgment if the amounts due under the Settlement Agreement were not paid by August 28, 2024. To date, Smartsilk has not received a response from the Epoch Defendants. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Epoch International Partners, LLP, and James Fultz shall **SHOW CAUSE** by **OCTOBER 1, 2024,** why the final judgment as requested by Smartsilk shall not be entered.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of September 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF